ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

       JUN 1 4 2005

CLERK, U.S. DISTRICT COURT
  By _____
            Deputy
```

| | | |
|---|---|---|
| MARK J. WATSON | ) | |
| | ) | |
| v. | ) | 3:05-CV-07-H |
| | ) | |
| BANK OF AMERICA, | ) | |
| EMPLOYMENT & TRAINING | ) | |
| ADMINISTRATION (DOL), ET AL | ) | |

## ORDER

Before the Court are the Report and Recommendation of the United States Magistrate Judge,

filed June 7, 2005, and Plaintiff's Original Brief in Opposition to Report and Recommendation and

Original Objections to Report and Recommendation, both filed June 10, 2005. After making the

review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and

Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and

conclusions of the Court, and Plaintiff's Objections are OVERRULED.

IT IS FURTHER ORDERED that Watson's Original Motion for Sanctions is DENIED

as moot.

SO ORDERED.

DATED: June ____14____, 2005.


BAREFOOT SANDERS, Senior Judge
UNITED STATES DISTRICT COURT